United States District Court
Northern District of California

1

2

3

4            UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7   DEUTSCHE BANK NATIONAL TRUST
    COMPANY,                                          Case No.  13-cv-05220-JST

8                    Plaintiff,

9           v.                                        **ORDER VACATING MOTION
                                                      HEARING**
10  GILBERT HEREDIA, et al.,
                                                      Re: ECF No. 14
11                   Defendants.

12

13          Before the Court is Plaintiff's Motion to Remand.  ECF No. 14.  Pursuant to Federal Rule

14  of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have

15  thoroughly addressed the issues, rendering the matter suitable for disposition without oral

16  argument.  The hearing on this matter, currently scheduled for April 17, 2014, is hereby

17  VACATED.

18          **IT IS SO ORDERED**.

19  Dated: April 7, 2014

20  _____
                                        JON S. TIGAR
21                                      United States District Judge

22

23

24

25

26

27

28